IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01629-WYD-MEH

DALLAS BUYERS CLUB, LLC,

      Plaintiff,

v.

DOUGLAS ELDRIDGE,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2014.**

      Plaintiff's Motion to Vacate Scheduling Conference [filed November 28, 2014; docket #41] is **granted**. The Scheduling Conference currently set for December 10, 2014 is **vacated**. The Plaintiff shall file a motion for default judgment on or before December 15, 2014.