IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-01629-WYD-MEH

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

DOUGLAS ELDRIDGE,

    Defendant.

---

## DEFAULT JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of the United States Magistrate Judge, filed on February 24, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Hegarty [ECF Doc. No. 48] is **AFFIRMED** and **ADOPTED.**  It is further

ORDERED that default judgment is hereby entered in favor of Plaintiff, Dallas Buyers Club, LLC, and against Defendant, Douglas Eldridge, for direct copyright infringement of the Plaintiff's copyrighted Motion Picture, as set forth in Count I of the Amended Complaint.  It is further

ORDERED that Defendant Eldridge is ordered to pay to Plaintiff the sum of $2,250.00 in statutory damages, as authorized by 17 U.S.C. § 504(c)(1), and $2,924.60 for attorney's fees and costs as authorized by 17 U.S.C. § 505.  It is further

ORDERED that post-judgment interest shall accrue at the current rate of 0.24%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment. It is further

ORDERED that Plaintiff shall have those costs awardable under 28 U.S.C. § 1920 that have not already been awarded by the Court, by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this <u>24th</u> day of February, 2015.

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, CLERK

                                        <u>/s/ Robert R. Keech</u>
                                        Robert R. Keech,
                                        Deputy Clerk